neys, of a Check Received by Them as Such Attorneys, and to Determine Attorneys' Lien.— Appeals from two orders dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GERTRUDE B. SCHENK, Respondent, v. ALBERT F. WILL, Doing Business under the Firm Name and Style of WILLS DELIVERY COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of negligence on the part of the defendant is against the weight of the evidence. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

FRED J. SCHENK, Respondent, v. ALBERT F. WILL, Doing Business under the Firm Name and Style of WILLS DELIVERY COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of negligence on the part of the defendant is against the weight of the evidence. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JAMES LEO PAGE, Respondent, v. BESSIE A. PAGE, Appellant.— Judgment and orders affirmed, without costs of this appeal to either party. All concur, except Crouch and Edgcomb, JJ., who dissent and vote for reversal on the facts and for granting a new trial on the ground that the finding of adultery rests solely upon the testimony of hired detectives which upon its face clearly shows that it was fictitious. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of JOHN O'MALLEY, Respondent, for a Mandamus Order against WILLIAM D. ROBBINS, City Manager of the City of Niagara Falls, N. Y., Appellant.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND GERBER, Appellant.— Judgment of conviction and order affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

WILLIAM A. SICKLES, as Administrator, etc., of HAROLD A. SICKLES, Deceased, Respondent, v. ROBERT B. ROWE, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

WILLIAM A. SICKLES, Respondent, v. ROBERT B. ROWE, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

IRENE V. SICKLES, Respondent, v. ROBERT B. ROWE, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YOFK ex rel. ARTHUR J. LYNCH, Respondent, v. WILLIAM LAUGHLIN, as Mayor of the City of Niagara Falls, and Others, Appellants.*— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HOLLISTER JOHNSON, Respondent, v. HENRY MACDONALD, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ELIZABETH C. JOHNSON, Respondent, v. HENRY MACDONALD, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

* Appeal dismissed, 255 N. Y. —.